

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN R. FROST and SHERRI FROST,<br><br>Defendant. | CV 20–24–M–DLC<br><br><br>ORDER |

Before the Court is the Motion for Entry of Default Judgment of Plaintiff Homesite Insurance Company of the Midwest ("Homesite"). (Doc. 10.) The Court held a hearing on the motion on May 27, 2020. As noted in the Court's order setting the hearing (Doc. 11) and as discussed on the record during the hearing, the Court remains concerned about the practical effect of granting the motion as to Defendant Sherri Frost without simultaneously determining the rights of Defendant Kevin R. Frost, the insured under the policy at issue in this declaratory action.

Accordingly, IT IS ORDERED that the Court will reserve ruling on the motion (Doc. 10) pending disposition of Plaintiff Homesite Insurance Company of the Midwest's claim against Defendant Kevin R. Frost.

DATED this 27th day of May, 2020.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court