UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN R. FROST AND SHERRI FROST,<br><br>Defendant. | Case No. CV-20-24-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Homesite's Motion for Summary Judgment is GRANTED and that Homesite's Motion for Entry of Default Judgment is GRANTED and default judgment is entered in favor of Homesite and against Ms. Frost on Homesite's claim for declaratory relief as follows: (1) the Policy does not provide coverage for the claims asserted by Ms. Frost against Mr. Frost in the Underlying Lawsuit; and (2) Homesite is entitled to recoup the fees and costs incurred in defending Mr. Frost in the Underlying Lawsuit.

      Dated this 8th day of September, 2020.



                                              TYLER P. GILMAN, CLERK

                                              By: /s/ A.S. Goodwin
                                              A.S. Goodwin, Deputy Clerk